

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

**MEMO ENDORSED**

November 18, 2020

**Charles J. Mahoney**
D: +1 212 326 2111
cmahoney@omm.com

<u>VIA ECF</u>

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The Dec. 15, 2020 ICMC is hereby adjourned to Jan. 19, 2021 at 10:30. See ECF 7 for instructions and dial in. ECF 10 resolved. SO ORDERED.
>
> /s/ Ona T. Wang  Nov. 19, 2020
> U.S.M.J.

Re:   <u>*Romero v. Sigma Corporation of America*; 1:20-cv-08312-LTS-OTW</u>

Dear Judge Wang:

We write on behalf of both parties to respectfully request a brief adjournment of the Initial Pretrial Conference currently scheduled for December 15, 2020.  (ECF No. 7.)  Defendant Sigma Corporation of America's Answer is due on December 21, 2020, and this case will be most efficiently resolved if the parties are not required to conduct their Rule 26(f) conference until after Defendant has responded to the Complaint.  Moreover, the parties are currently working toward settling this matter and are hopeful it can be resolved prior to the adjourned Initial Pretrial Conference.

Therefore, the parties jointly request that the Initial Pretrial Conference be adjourned to either January 19, 2021 or January 25, 2021.  This is the first request for an adjournment of the Initial Pretrial Conference.

Sincerely,

*/s/ Charles J. Mahoney*

Charles J. Mahoney

cc:    Counsel of Record (via CM/ECF)